**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **ANDRE MASON,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Case No. 5:13-cv-102 (MTT)** |
| | : | |
| **CAROLYN W. COLVIN, Commissioner** | : | **Social Security Appeal** |
| **of Social Security,** | : | |
| **Defendant.** | : | |
| | : | |

## RECOMMENDATION

Before the Court is Plaintiff Andre Mason's unopposed Motion to Dismiss Complaint. Doc. 13. In the Motion, Plaintiff states that "[a]fter careful review of the evidence in the case, the Plaintiff and the undersigned attorney agree to dismiss the complaint against the Commissioner of Social Security with prejudice." Id. Plaintiff further states that Defendant does not oppose the Motion to Dismiss Complaint. Id.

Accordingly, it is hereby **RECOMMENDED** that Plaintiff's unopposed Motion to Dismiss Complaint be **GRANTED** and that the above-styled case be **DISMISSED**. Pursuant to 28 U.S.C. § 636(b)(1), the parties may serve and file written objections to this Recommendation with the District Judge to whom the above-styled case is assigned WITHIN FOURTEEN (14) DAYS after being served with a copy thereof.

**SO RECOMMENDED**, this the 12th day of July, 2013.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge