IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ANDRE MASON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 5:13-CV-102 (MTT) |
| CAROLYN W. COLVIN, | ) ) ) |
| Defendant. | ) ) |

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Charles H. Weigle. (Doc. 14). The Magistrate Judge recommends granting the Plaintiff's unopposed motion to dismiss complaint (Doc. 13). The Defendant does not oppose the motion to dismiss, and as expected, neither party filed an objection to the Recommendation.

The Court has reviewed the Recommendation, and the Recommendation is adopted and made the order of this Court. Accordingly, this action is **DISMISSED with prejudice**.

**SO ORDERED,** this 6th day of August, 2013.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT